**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

**RONALD PARKER**
a/k/a YOLANDA S. WILLIAMS/SIRKANEAO                                              **PLAINTIFF**

V.                                    No. 2:11CV00022 SWW-BD

**MIKE BEEBE,** *et al.*                                                                          **DEFENDANTS**

## ORDER

The Court has received the Partial Recommended Disposition from Magistrate Judge Beth Deere. After careful review of the recommendation, the timely objections received from Ronald Parker, as well as a *de novo* review of the record, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Ronald Parker's motion for temporary restraining order and preliminary injunction (docket entry #5) is DENIED.

IT IS SO ORDERED, this 25th day of February, 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE