**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

**RONALD E. PARKER
a/k/a YOLANDA S. WILLIAMS/SIRKANEO**                                                    **PLAINTIFF**

V.                              No. 2:11CV00022 SWW-BD

**MIKE BEEBE,** *et al.*                                                                                        **DEFENDANTS**

## ORDER

The Court has received the Partial Recommended Disposition from Magistrate Judge Beth Deere. No objections have been filed. After careful review of the recommendation and a *de novo* review of the record, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Parker's claims against Defendants Beebe, Hobbs, May, Ball, Westbrook, Foreman, Akins (identified as Akkins), Eaten, Murphy, Hollaway, Norman, Bell, Williams, Scales, T. Wright, Doyal, Wallace (identified as Walis), C. Wright, and Hawkins are DISMISSED without prejudice.

IT IS SO ORDERED, this 2nd day of May, 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE