IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**RONALD E. PARKER,**  **PLAINTIFF**
**ADC #129702**

**V.**          **CASE NO.: 2:11CV00022 SWW/BD**

**MOSES JACKSON, III**  **DEFENDANT**

## ORDER

The Court has reviewed the Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere, and no objections have been filed. The Recommendation should be, and hereby is, approved and adopted in all respects.

The motion for summary judgment (#51) is GRANTED, and Mr. Parker's claims are DISMISSED, without prejudice, for failure to exhaust administrative remedies.

IT IS SO ORDERED, this 31st day of December, 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE